IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE: PATRICIA A HALL ) | |
| ) | |
| MARIX SERVICING AS SUCCESSOR IN ) | |
| INTEREST TO REAL ESTATE MORTGAGE ) | |
| NETWORK, INC., ) | |
|     Creditor, ) | |
|   vs. ) | CASE NO. 07B73008 |
| ) | JUDGE MANUEL BARBOSA |
| PATRICIA A HALL, ) | |
|     Debtor ) | |

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes MARIX SERVICING AS SUCCESSOR IN INTEREST TO REAL ESTATE MORTGAGE NETWORK, INC., by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the October 2011 contractual payment and all those thereafter.

2. The following is an itemization of fees and costs due on the loan as of November 3, 2011.

   a. Attorney's fees     $250.00

   b. Payments    (10/11 – 11/11: 2 @ $705.32 ea)    $1,410.64

   c. Late Charges     $51.21

   d. NSF Fees     $25.00

   e. Property Inspection     $156.00

   f. Escrow shortage     $1,850.73

   g. Suspense     ($2,118.95)

   **Total**     **$1,624.63**

If no challenge to foregoing is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice, MARIX SERVICING AS SUCCESSOR IN INTEREST TO REAL ESTATE MORTGAGE NETWORK, INC. rights to collect these amounts will remain unaffected.

    Respectfully Submitted,
    MARIX SERVICING AS SUCCESSOR IN
    INTEREST TO REAL ESTATE MORTGAGE
    NETWORK, INC.

    <u>/s/Lydia Y. Siu</u>
    Lydia Y. Siu
    ARDC#6288604

    Pierce and Associates, P.C.
    1 North Dearborn Street, Ste. 1300
    Chicago, Illinois 60602
    (312)346-9088